# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEVIN BOKUN; MEDLEY BOKUN

VERSUS

USAA CASUALTY INSURANCE
COMPANY; CENTERPOINT ENERGY
RESOURCES CORPORATION; DIGCO
UTILITY CONSTRUCTION, L.P.;
DOWLING PROPERTY MANAGEMENT,
LLC., D/B/A GOSSLEE PROPERTY
MANAGEMENT; JADE MAYS

NO. 2021 CW 0635

OCTOBER 5, 2021

---

In Re:    Digco  Utility  Construction,  L.P.,  applying  for
          supervisory  writs,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 693,059.

---

BEFORE:    McCLENDON, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**PMc**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT